IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

v.

RENEE TARTAGLIONE,

Defendant.

CRIMINAL ACTION
NO. 15-491

## ORDER

**AND NOW**, this 10th day of January 2017, upon consideration of the Government's Motion to Admit Tape Recordings (Doc. No. 57), Defendant's Response in Opposition to the Government's Motion (Doc. No. 72), the Government's Supplemental Memorandum (Doc. No. 82), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that the Government's Motion (Doc. No. 57) is **GRANTED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.