IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> RENEE TARTAGLIONE, <br><br> Defendant. | CRIMINAL ACTION <br> NO. 15-491 |

## ORDER

**AND NOW**, this 10th day of January 2017, upon consideration of Defendant's Motion to Dismiss Multiplicitous Counts of the Superseding Indictment (Doc. No. 59), the Government's Response in Opposition to Defendant's Motion (Doc. No. 61), Defendant's Supplemental Memorandum (Doc. No. 84), Defendant's Supplemental Letter (Doc. No. 86), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion (Doc. No. 59) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.