

**U.S. Department of Justice**

*United States Attorney*

*Eastern District of Pennsylvania*

*Bea L. Witzleben*
*Direct Dial: (215) 861-8680*
*Facsimile: (215) 861-8618*
*E-mail Address: Bea.Witzleben@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

May 14, 2020

Honorable Joel H. Slomsky
Judge, United States District Court
13614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744
    By email to: Matthew Higgins, Matt_Higgins@paed.uscourts.gov

    Re:    <u>United States v. Renee Tartaglione, Criminal No. 15-491</u>

Dear Judge Slomsky:

    On or about May 5, 2020, attorney Christopher Hall filed a "Motion for Entry of Limited Appearance" (D.E. 321) requesting permission to enter his appearance for the limited purpose of filing a "Motion to Reduce Sentence" in this case.

    Please be advised that the United States does not oppose Mr. Hall's Motion for Entry of Limited Appearance, but reserves its rights to respond to and oppose the "Motion to Reduce Sentence," on any grounds, including the jurisdictional issues arising from the fact that this matter is on appeal.

    Respectfully submitted,

    WILLIAM M. MCSWAIN
    United States Attorney


    */s/ Bea Witzleben*
    BEA L. WITZLEBEN
    Assistant United States Attorney

Cc: Christopher Hall, Esq., Chall@saul.com